RANDY S. GROSSMAN
United States Attorney
VIVIAN SAPTHAVEE
Assistant United States Attorney
CA State Bar No. 338388
United States Attorney's Office
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 546-7696



Attorneys for United States of America

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br> v.<br><br>IRMA SUSANA HERNANDEZ (2),<br><br>      Defendant. | Case No.: 22mj65-MSB<br><br>**STIPULATION OF FACT AND JOINT MOTION FOR RELEASE OF MATERIAL WITNESS(ES) AND ORDER THEREON**<br><br>**(Pre-Indictment Fast-Track Program)** |

IT IS HEREBY STIPULATED AND AGREED between the plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Randy S. Grossman, United States Attorney, and Vivian Sapthavee, Assistant United States Attorney, and defendant IRMA SUSANA HERNANDEZ, by and through and with the advice and consent of defense counsel, Keith Rutman, that:

1. Defendant agrees to execute this stipulation on or before the first arraignment date and to participate in a full and complete inquiry by the Court into whether defendant knowingly, intelligently and voluntarily entered into it.

2. The material witnesses, FIDEL RAMIREZ-LOPEZ and JOSE LUIS LOPEZ-DIAZ, in this case:

    a. Are aliens with no lawful right to enter or remain in the United States;

    b. Entered or attempted to enter the United States illegally on or about January 4, 2022;

VSA:az:1/24/2022

272715d3c6492936

   c. Were found in a vehicle driven by co-defendant ANTONIO GALLEGOS-NIETO and in which defendant IRMA SUSANA HERNANDEZ was a passenger at the San Ysidro, California Port of Entry (POE);

   d. Were paying others an unknown amount to be brought into the United States illegally and/or transported or moved illegally to their destination therein; and,

   e. May be released and remanded immediately to the Department of Homeland Security for return to their country of origin.

  3. The vehicle driven by defendant ANTONIO GALLEGOS-NIETO in this case was seized as evidence and is held by the Department of Homeland Security.

  4. After the court has ordered the material witnesses released, pursuant to this stipulation and joint motion, if defendant does not plead guilty to a violation of 8 U.S.C. § 1324, for any reason, or thereafter withdraws his guilty plea to that charge, defendant agrees that in any proceeding, including, but not limited to, motion hearings, trial, sentencing, appeal or collateral attack, that:

   a. The stipulated facts set forth in paragraph 2 above shall be admitted as substantive evidence;

   b. The United States may elicit hearsay testimony from arresting agents regarding any statements made by the material witness(es) provided in discovery, and such testimony shall be admitted as substantive evidence under Fed. R. Evid. 804(b)(3) as statements against interest of (an) unavailable witness(es);

   c. Understanding that under *Crawford v. Washington*, 541 U.S. 36 (2004), "testimonial" hearsay statements are not admissible against a defendant unless defendant confronted and cross-examined the witness(es) who made the "testimonial" hearsay statements, defendant waives the right to confront and cross-examine the material witness(es) in this case.

  5. By signing this stipulation and joint motion, defendant certifies that defendant has read it (or that it has been read to defendant in defendant's native language). Defendant certifies further

1  that defendant has discussed the terms of this stipulation and joint

2  motion with defense counsel and fully understands its meaning and

3  effect.

4      Based on the foregoing, the parties jointly move the stipulation

5  into evidence and for the immediate release and remand of the above-

6  named material witness(es) to the Department of Homeland Security for

7  return to their country of origin.

8      It is **STIPULATED AND AGREED** this date.

9                                          Respectfully submitted,

10                                         RANDY S. GROSSMAN
                                           United States Attorney

11

12     **2/1/22**
    _____            _____
    DATED                          VIVIAN SAPTHAVEE

13                                  Assistant U.S. Attorney

14

15     1/31/22
    _____            _____
    DATED                          KEITH RUTMAN

16                                  Defense Counsel

17     1/31/22
    _____            _____
    DATED                          IRMA SUSANA HERNÁNDEZ

18                                  Defendant

19

20

21

22

23

24

25

26

27

28

O R D E R

Upon joint application and motion of the parties, and for good cause shown,

**THE STIPULATION** is admitted into evidence; and

**IT IS ORDERED** that the above-named material witness(es) be released and remanded forthwith to the Department of Homeland Security for return to their country of origin.

**SO ORDERED.**

DATED   Feb. 1, 2022

United States Magistrate Judge